**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-7140**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MICHAEL GLENN BENTLEY,

Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of North Carolina, at Statesville. Richard L. Voorhees, District Judge. (CR-98-123)

---

Submitted: December 11, 2002      Decided: December 31, 2002

---

Before NIEMEYER, LUTTIG, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Michael Glenn Bentley, Appellant Pro Se. Gretchen C.F. Shappert, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Glenn Bentley appeals the district court's order denying his post-conviction motions to notice plain error in his conviction and to dismiss the charges against him. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Bentley, No. CR-98-123 (W.D.N.C. July 19, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2